William L. Walker (SBN 166878)
William L. Walker, Attorney at Law, Inc.
P.O. Box 2360
Fair Oaks, CA 95628
Telephone: (916) 535-7526
Facsimile: (916) 535-7525
Email: bill@williamlwalkerlaw.com

GEOFFREY O. EVERS, SBN 140541
EVERS LAW GROUP, A.P.C.
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
T: (916) 974-3000
F: (916) 720-0332
Email: g.evers@everslaw.com

Attorneys for Plaintiffs Gilbert L. Loaec 2014 Trust, Gilbert L. Loaec,
Yvonne Loaec-Russ, as Successor Trustee of Gilbert L. Loaec
2014 Trust, and Yvonne Loaec-Russ, as Attorney-In-Fact
for Gilbert L. Loaec

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Gilbert L. Loaec 2014 Trust, Gilbert L. Loaec, Yvonne Loaec-Russ, as Successor Trustee of Gilbert L. Loaec 2014 Trust, and Yvonne Loaec-Russ, as Attorney-In-Fact for Gilbert L. Loaec )))))) | **Case No. 5:19-cv-02078-NC** |
| Plaintiffs, ))) | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. )) | |
| Ramona Doheny; and DOES 1 to10, )) Defendants. )) | |

The parties to this action acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) do hereby stipulate, in consideration of a negotiated settlement executed by each of them, to the dismissal with prejudice of this action, including all claims and counterclaims, with each party to bear its own attorney's fees and costs.

Date: January 31, 2020          EVERS LAW GROUP, A.P.C.

/s/ Geoffrey O. Evers
By: _____
GEOFFREY O. EVERS
Attorneys for Plaintiffs

Date:  January 31, 2020                    MALACHOWSKI & ASSOCIATES

                                            /s/ Mark Malachowski
                              By: _____
                                   MARK MALACHOWSKI
                                   Attorney for Defendant

                                    **ORDER**

        This stipulation is approved.  The entire action, including all claims and counterclaims stated

herein against all parties, is hereby dismissed with prejudice.

Dated:  ___January 31, 2020                 _____
                                            HONORABLE                   OUSINS
                                            UNITED                      JDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Nathanael M. Cousins